IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-21181
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SARAH ELIZABETH BOUNDS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
(H-99-CR-589-1)
--------------------
September 27, 2000

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Defendant-Appellant Sarah Elizabeth Bounds appeals her conviction for making false claims to the United States Government, through the Federal Emergency Management Agency (FEMA) in violation of 18 U.S.C. § 287. She argues that the district court erred in reaching a guilty verdict after a bench trial because the evidence did not show that she falsely claimed that she owned and resided at the home that was flooded.

Bounds has waived any argument that the home was not her

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

principal place of residence at the time of the flood.  <u>See</u> <u>United States v. Fagan</u>, 821 F.2d 1002, 1015 n.10 (5th Cir. 1987). Moreover, the evidence was sufficient to support the verdict because it established that Bounds transferred ownership of the home prior to the flood.  <u>See</u> <u>United States v. Ferguson</u>, 211 F.3d 878, 882 (5th Cir. 2000).  The judgment of the district court is AFFIRMED.